THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
CHARLES GERSH, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
NORMAN CLARK, Respondent.

Argued November 30, 1955; decided December 28, 1955.

*Edward S. Silver, District Attorney (Jerome C. Ditore* and *Aaron E. Koota* of counsel), for appellant.

*Edward H. Levine, Harold S. Mokotoff* and *Vernon C. Rossner* for respondents.

Orders affirmed; no opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS, BURKE and COHN *, JJ.

J. LEON LAZAROWITZ et al., Appellants, *v.* DOMINICK VITALE et al., Respondents.

Submitted November 28, 1955; decided December 28, 1955.

Motion for leave to appeal dismissed unless within twenty days after the mailing, by registered mail by the Clerk of the Court of Appeals, of the order to be entered on this decision, together with a copy of rule XXI of the Rules of the Court of Appeals, movants comply with said rule.

HENRY OTT, Appellant, *v.* METROPOLITAN JOCKEY CLUB, Respondent.

Submitted November 14, 1955; decided December 28, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 696.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELESANO TROIANI, Alias LISENO TROIANI, True Name, ELESANO JOHN TROIANI, Appellant.

Submitted November 21, 1955; decided December 28, 1955.

Motion to withdraw as counsel to defendant on appeal herein granted.

---

* Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of DESMOND and DYE, JJ.